IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY CARSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv570-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 20) is granted as requested.

DONE, this the 2nd day of November, 2007.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE