IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DOROTHY CARSON,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-570-MHT |
| | * | |
| **DEPARTMENT OF HUMAN** | * | |
| **RESOURCES, et al.** | * | |
| | * | |
| Defendant. | * | |

**MOTION OF RICHARD J. EBBINGHOUSE TO WITHDRAW AS COUNSEL FOR THE DEFENDANT AND TO STAY PROCEEDINGS THIRTY DAYS TO ALLOW THE DEFENDANT TO RETAIN NEW COUNSEL**

COMES NOW the undersigned attorney, Richard J. Ebbinghouse, counsel for the Plaintiff Dorothy Carson, and moves this Honorable Court to allow him and the members of his firm to withdraw as Plaintiff's counsel of record and to stay these proceedings for thirty (30) days to allow the plaintiff to find new counsel. As grounds for this motion, the undersigned states as follows:

1. Unless the Court orders otherwise, the undersigned will no longer represent the Plaintiff;

2. The undersigned believes that he can no longer represent the Plaintiff to the best of her interests and that the attorney-client relationship has been irreparably damaged;

3. The undersigned further requests the Court to stay this action so that the Plaintiff may have a reasonable amount of time to find new counsel;

1

    4.       The undersigned certifies that a copy of this motion is being served on the Plaintiff via certified and regular mail; and

    5.       The Plaintiff's most recent contact information known to the undersigned is:

> Dorothy Carson
> 3224 3rd Street Northeast
> Tuscaloosa, AL 35404

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that this Honorable Court allow him and the members of his firm to withdraw as counsel for record for the Plaintiff.

> Respectfully submitted,
>
> /s/ Richard J. Ebbinghouse
> Richard J. Ebbinghouse
> Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service, except that a copies of the foregoing has been mailed to Dorothy Carson as set forth above.

      /s/ Richard J. Ebbinghouse
      Richard J. Ebbinghouse
      Of Counsel