IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY CARSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv570-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw as counsel (Doc. No. 22) is granted.

(2) The motion to stay proceedings (Doc. No. 22) is denied.

(3) Plaintiff Dorothy Carson is allowed until December 17, 2007, to obtain new counsel; otherwise, the court will assume that she is representing herself, that is, proceeding pro se.

(4) The motion to dismiss and alternative motion for more definite statement (Doc. No. 17) are reset for submission, without oral argument, on December 17, 2007, with all briefs due by said date.

DONE, this the 16th day of November, 2007.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**