IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DOROTHY CARSON,            )<br>                            )<br>    Plaintiff,            )<br>                            )           CIVIL ACTION NO.<br>    v.                      )             2:07cv570-MHT<br>                            )<br>ALABAMA DEPARTMENT OF       )<br>HUMAN RESOURCES, et al.,    )<br>                            )<br>    Defendants.             ) | |

ORDER

It is ORDERED that the notice of appearance and substitution of counsel (Doc. No. 24) is treated as a motion to substitute and said motion is granted.

DONE, this the 4th day of December, 2007.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE