IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY CARSON, )<br>  )<br>  Plaintiff, )<br>  )  CIVIL ACTION NO. 2:07cv570-MHT<br>  v. )<br>  )<br>ALABAMA DEPARTMENT OF )<br>HUMAN RESOURCES, et al., )<br>  )<br>  Defendants. ) | |

## ORDER

For good cause, it is

ORDERED that this case be and is hereby set for argument on the defendants' motion to dismiss or in the alternative motion for more definite statement (doc. # 17) on January 3, 2008, at 10:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that pending further order of the court, it is not necessary that the parties file any briefs.

Done this 18th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE