IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv570-MHT |
| | ) |
| DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 18, 2007, this court ordered that oral argument on the defendants' motion to dismiss or, in the alternative, motion for a more definite statement should be set for January 3, 2008. (Doc. No. 27.) The plaintiff, Dorothy Carson, failed to appear at this proceeding. Accordingly, it be and is hereby

ORDERED that, on or before January 18, 2008, the plaintiff shall show cause why this case should not be dismissed due to her failure to prosecute this action. If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend dismissal of this action.

Done this 4th day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE