IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:07cv570-MHT |
| | ) |
| DEPARTMENT OF HUMAN | ) |
| RESOURCES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 4, 2008, this court entered an order, a copy of which was provided to the plaintiff. (Doc. # 29.) This document was "return[ed] to sender" because the plaintiff was no longer at the address she had provided to the court. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that on or before January 22, 2008, the plaintiff shall provide this court with her current address.

The plaintiff is specifically cautioned that if she fails to respond to this order the Magistrate Judge will recommend that this case be dismissed for failure to prosecute this action.

Done this 14th day of January, 2008.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE