IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY CARSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA )<br>PERSONNEL DEPARTMENT, *et al.*, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.  2:07cv570-MHT<br>(WO) |

**ORDER**

On February 1, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 31).  Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge (Doc. # 31) is ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to prosecute this action and to comply with the orders of this court.

DONE, this the 28th day of February, 2008.

                                          /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE